# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
10/26/2017
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

| | |
|---|---|
| USA | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:17-M -04499(1) - MAT |
|  | § |
| (1) BLANCA NIEVE VASQUEZ-HERNANDEZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **10/23/2017** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The Defendant, Blanca Nieve VASQUEZ-Hernandez an alien to the United States and a citizen of El Salvador, entered the United States from the Republic of Mexico in El Paso, Texas on October 23, 2017, by crossing the Rio Grande River approximately 1.0 miles east of the Ysleta Port of Entry, El Paso, Texas, which is in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers."

Continued on the attached sheet and made a part of hereof:   **X** Yes   ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Rubio III, Ernesto
Border Patrol Agent

10/26/2017                                      at   EL PASO, Texas
File Date                                            City and State

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE              Signature of Judicial Officer

WESTERN DISTRICT OF TEXAS

(1) BLANCA NIEVE VASQUEZ-HERNANDEZ

FACTS   (CONTINUED)

The Defendant, Blanca Nieve VASQUEZ-Hernandez an alien to the United States and a citizen of El Salvador, entered the United States from the Republic of Mexico in El Paso, Texas on October 23, 2017, by crossing the Rio Grande River approximately 1.0 miles east of the Ysleta Port of Entry, El Paso, Texas, which is in the Western District of Texas. The area where the DEFENDANT crossed is not designated as a port of entry by immigration officers.

On October 23, 2017, at approximately 9:45 p.m., Border Patrol Agent Aubrey Norris observed two individuals walking on the American levee. This area is approximately 1 mile east of the Ysleta Port of Entry, El Paso, Texas. Agent Norris approached both individuals, identified himself as a Border Patrol Agent and questioned the individuals as to their citizenship and nationality. One of the individuals, later identified as the DEFENDANT, Blanca Nieve VASQUEZ-Hernandez, admitted she was a citizen of El Salvador. The DEFENDANT also admitted she entered into the United States illegally by crossing the Rio Grande River. After a brief field interview, the Agent determined that the DEFENDANT was not in possession of any immigration documents allowing her to be, enter, or remain in the United States legally. The individuals, to include the DEFENDANT were placed under arrest and transported to the Ysleta Border Patrol Station. The DEFENDANT was enrolled into the E3/IDENT/NGI system utilizing her biographic information and fingerprints. The system returned with negative immigration history and negative criminal history. The DEFENDANT was advised and read her rights via Form I-214 which she acknowledged that she understood her rights by signing the form but declined to provide a sworn statement without an attorney present. Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE